# ELECTRONIC RECORD



*1236·14*
*1237·14*
*1238·14*

05-12-00095-CR      RESISTING ARREST

05-12-00096-CR      INDECENT EXPOSURE

COA #   05-12-00097-CR      OFFENSE: POSS OF INHALANT

STYLE: NIX, THOMAS LEE      COUNTY: Collin

COA DISPOSITION:   AFFIRM      TRIAL COURT: County Court at Law No 3

DATE: 08/05/2014      Publish: NO   TC CASE #:   003-82321-10, 00382323-10 & 003-82324-10

# IN THE COURT OF CRIMINAL APPEALS

*1236·14*
*1237·14*
*1238·14*

STYLE:   NIX, THOMAS LEE v.      CCA #: _____

_PRO SE_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_DISMISSED AS UNTIMELY_      JUDGE: _____

DATE: _11/19/2014_      SIGNED: _____    PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____    DNP: _____

----------------------------

_PRO SE_ PETITION
FOR DISCRETIONARY REVIEW
IS _STRUCK_
DATE _JANUARY 28, 2015_
_Per Curiam_
JUDGE

_PRO SE_ MOTION FOR
REHEARING IN CCA IS: _GRANTED — JANUARY 28, 2015_
JUDGE: _Per Curiam_

_PRO SE PETITION FOR DISCRETIONARY REVIEW IS REFUSED_ **ELECTRONIC RECORD**
ON _03/04/2015_
_Per Curiam_